Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10,<br><br>              Defendants. | Case No:  06-CV-00560 WBS (EFB)<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER** |

---
[Proposed] Order Granting Stipulated Motion to Modify Scheduling Order [06-00560 WBS (EFB)]

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to stipulation of the parties, the scheduling order in this case is modified as follows:

2  a. The parties have shown good cause for an extension of the non-expert discovery cut-off date. Due to the fact that the pleadings in this matter were not settled until September 19, 2006 and due to the unavailability of the Plaintiff until December, 2006, non-expert discovery is hereby extended 90 days from the original cut-off date of January 12, 2007. The new non-expert discovery cut-off date will be <u>April 12, 2007</u>.

b. For the reasons stated above, the last day for this Court to hear a motion for summary judgment has been extended 90 days from the original date of April 13, 2007. The last day a motion for summary judgment may be heard in this case will be <u>July 13, 2007</u>.

IT IS SO ORDERED.

DATED: December 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

878981_1.DOC

_____
[Proposed] Order Granting Stipulated Motion to Modify Scheduling Order [06-00560 WBS (EFB)]                1

PDF created with pdfFactory trial version www.pdffactory.com