Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10,<br><br>              Defendants. | Case No:  06-CV-00560 WBS (EFB)<br><br>**ORDER RE  STIPULATION BETWEEN THE PARTIES FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF TANYA CREAL** |

_____
[Proposed] Order Approving Stipulation for IME of Plaintiff Tanya Creal [06-00560 WBS (EFB)]

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have stipulated to an independent medical examination of Plaintiff Tanya Creal,
2  and submitted an order for the court to sign in connection with that stipulation.  Where, as here, the
3  parties have stipulated to discovery which is not inconsistent with the court's scheduling order, there
4  is no need for the court to take any action.  Accordingly, the court declines to sign the order
5  submitted.

7  IT IS SO ORDERED.
8  Dated:  December 14, 2006

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

12  880347_1

_____
[Proposed] Order Approving Stipulation for IME of Plaintiff Tanya Creal [06-00560 WBS (EFB)]            1

PDF created with pdfFactory trial version www.pdffactory.com