Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TANYA CREAL, | Case No: 06-CV-00560 WBS EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL** |
| CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10, | |
| Defendants. | |

Good cause appearing, defendants' request for an order shortening time to hear the motion to compel Nonato Largoza, M.D.'s deposition and to produce certain medical records is granted.  The Motion to Compel will be heard on April 11, 2007, at 10:00 a.m. in Courtroom 25 of the United States District Court, Eastern District of California.  Counsel for defendants shall immediately serve a copy of this order on Dr. Largoza, and file proof of service of same within five (5) court days.

IT IS SO ORDERED.

Dated:  March 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE