Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; PAUL AUGUSTO;<br>CHUCK TIMM; DOES 1-10,<br><br>　　　　　Defendants.<br>_____ | Case No:  06-CV-00560 WBS EFB<br><br>**STIPULATION AND ORDER TO<br>REQUEST EXTENSION OF NON-<br>EXPERT DISCOVERY CUT-OFF AS TO<br>DEPOSITION OF NONATO LARGOZA,<br>M.D. ONLY** |

The parties hereby stipulate by and through their attorneys-of-record to a request for an order to extend the non-expert discovery cut-off as to the deposition of Nonato Largoza, M.D. only from April 12, 2007 to April 27, 2007.

The purpose of this stipulation is that Dr. Largoza had stated he refused to comply with the federal subpoena for his deposition.  The parties had to then bring a Stipulated Motion to Compel the Deposition Testimony of Nonato Largoza, M.D. set to be heard on April 11, 2007.  Dr. Largoza agreed one day prior to the hearing to submit to the deposition.  The Stipulated Motion to Compel was taken off calendar.  The parties now request the non-expert discovery cut-off, as to the deposition of Nonato Largoza, M.D. only, to be extended from April 12, 2007 to April 27, 2007 in order to work with the doctor for a convenient time to take his deposition during the week of April 22, 2007.

The parties agree that this deposition is necessary because Dr. Largoza has been Plaintiff's treating doctor and she is claiming she was injured by Defendants.

IT IS SO STIPULATED.


Dated: April 10, 2007                    SANDERS AND ASSOCIATES


                                         By:_____/s/___Steven Sanders_____
                                              Steven Sanders
                                              Attorney for Plaintiff
                                              TANYA CREAL


Dated: April 10, 2007                    MEYERS, NAVE, RIBACK, SILVER & WILSON



                                         By:_____/s/___Jennifer C. Addams_____
                                              Jennifer C. Addams
                                              Attorneys for Defendants
                                              CITY OF FAIRFIELD, PAUL AUGUSTO
                                              and CHUCK TIMM



        The non-expert discovery cut-off as to the deposition of Nonato Largoza, M.D. only is hereby extended from April 12, 2007 to April 27, 2007.

        SO ORDERED.

Dated: April 12, 2007

                                         _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE