Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10,<br><br>  Defendants. | Case No:  06-CV-00560 WBS (EFB)<br><br>**DECLARATION OF CHUCK TIMM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF THE ISSUES**<br><br>DATE:   July 9, 2007<br>TIME:   2:00pm<br>DEPT:   Courtroom 5, 14th Floor<br>JUDGE: William B. Shubb |

I, Chuck Timm, declare as follows:

1. I am a former Sergeant with the Fairfield Police Department. On the date of the incident at issue, April 20, 2004, I was employed as a Sergeant with the Fairfield Police Department. If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2. On April 20, 2004, at approximately 10:00 p.m., I was driving southbound on North Texas St. when I saw a car straddling the white broken line that divided the #1 and #2 lanes. The car drove this way for approximately two blocks and then veered sharply to the right, driving in the gutter. The car then weaved back across the white line, narrowly missing a vehicle going southbound in lane #1.

3. I activated my lights as the vehicle turned eastbound on Wisconsin Street. From this erratic driving, I thought that the driver of the car must be under some kind of central nervous system stimulant.

4. As I got out of my car, a woman got out of the car I had just pulled over and began to scream at me about the lights on my car. I told her to get back in the car, which she did.

5. I approached the car and told the woman that I needed to see her driver's license. The woman, later identified as Tanya Creal, continued to scream insults at me.

6. Ms. Creal handed me a temporary driver's license with a man's name on it. I tried to calm her down and tell her that it was not her driver's license. She responded by calling me a "mother fucker" and stating that it was her license.

7. I asked Ms. Creal who the person listed on the driver's license was. She would not answer me and, instead, continued to yell and scream.

8. Ms. Creal, while still yelling at me, produced a military identification. I told her I needed to see her driver's license. She screamed that the temporary with the man's name on it that she had handed me was her driver's license.

9. Ms. Creal then, suddenly, snatched the temporary driver's license away from me and threw it on the passenger seat next to her.

///

10. Because Ms. Creal was not cooperating, she did not have a valid driver's license and she appeared to be under the influence, I decided to place Ms. Creal under arrest. I reached into the car and took hold of her left arm and pulled her from the car. I put a twistlock on her wrist in order to handcuff her. She struggled against me.

11. I placed Ms. Creal between me and the car as Officer Augusto took hold of her right arm. I put my arm around her neck and forced her onto the car. I managed to cuff her left wrist.

12. Officer Augusto brought her right arm to the rear where I could get a handcuff on her right wrist as well. I released her into Officer Augusto's custody.

13. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the Fairfield Police Incident Report supplement I authored immediately after the incident.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 6/1/07, at FAIRFIELD, California.

_____
Chuck Timm

974054_1