Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF FAIRFIELD, PAUL AUGUSTO
and CHUCK TIMM

Steven C. Sanders, Esq.
keithechandler@yahoo.com
SANDERS & ASSOCIATES
3960 Industrial Blvd., Suite 100
West Sacramento, CA  95691
Telephone: (916) 376-8738
Facsimile: (916) 376-8717

Attorneys for Plaintiff
TANYA CREAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10,<br><br>　　　　　Defendants. | Case No:  06-CV-00560 WBS (EFB)<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SERGEANT CHUCK TIMM** |

---
Stipulation and Order to Dismiss Defendant Sergeant Chuck Timm [06-00560 WBS (EFB)]

It is hereby stipulated and agreed that all causes of action brought by Plaintiff Tanya Creal against Defendant Fairfield Police Sergeant Chuck Timm are hereby dismissed with prejudice.

Dated: June 7, 2007						MEYERS, NAVE, RIBACK, SILVER & WILSON


								By:       /s/   Kimberly E. Colwell                        _
									Kimberly E. Colwell
									Attorneys for Defendants
									CITY OF FAIRFIELD, PAUL AUGUSTO
									and CHUCK TIMM


Dated: June 7, 2007						SANDERS & ASSOCIATES



								By:        /s/   Steven C. Sanders                          _
									Steven C. Sanders
									Attorney for Plaintiff
									TANYA CREAL


IT IS SO ORDERED that Defendant Chuck Timm is hereby dismissed from this action with prejudice.

Dated:  June 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

971159_1

---

Stipulation and Order to Dismiss Defendant Sergeant Chuck Timm [06-00560 WBS (EFB)]                               1