**SANDERS & ASSOCIATES**
**STEVEN C. SANDERS, Esq.   SBN 171369**
3960 Industrial Blvd., Suite 100
West Sacramento, California 95691
Telephone No: (916) 376-8738
Facsimile No.: (916) 376-8717

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CREAL, | Case No. 06-CV-00560 WBS (EFB) |
| Plaintiff, | STIPULATION TO SHORTEN TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL |
| vs | |
| CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10 | Date:  July 9, 2007<br>Time:  2:00 PM<br>Dept:  Courtroom 5, 14th Floor<br>Judge: William B Shubb |
| Defendants. | |

Stipulation To Shorten Time For Hearing On Motion To Withdraw As Counsel        Creal v City of Fairfield, 06-CV-0560 WBS EFB
1

PDF created with pdfFactory trial version www.pdffactory.com

PURSUANT TO STIPULATION of the parties, it is hereby agreed and stipulated that the motion to withdraw as counsel, filed by Steven C. Sanders, counsel for plaintiff, may be heard on July 9, 2007, at 2:00 P.M., at the time of the hearing on the motion for summary judgment filed by the defendants.

IT IS FURTHER STIPULATED that defendants will not oppose the motion to withdraw.

Dated July 2, 2007              /s/  Steven C. Sanders

                                Attorney for Plaintiff

Dated July 2, 2007              /s/  Kimberly E. Colwell

                                Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA CREAL, <br><br> Plaintiff, <br><br> vs <br><br> CITY OF FAIRFIELD; PAUL AUGUSTO; CHUCK TIMM; DOES 1-10 <br><br> Defendants. | Case No. 06-CV-00560 WBS (EFB) <br><br> ORDER |

    IT IS HEREBY ORDERED that pursuant to stipulation of the parties the motion to withdraw as counsel may be set for hearing on July 9, 2007, at 2:00 P.M., at the time when the court hears the summary judgment motion of the defendants.

Dated: July 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE