UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TANYA CREAL,

          NO. CIV. S-06-560 WBS PAN (JFM)

    Plaintiff,

  v.

ORDER RE:
MOTION TO WITHDRAW

CITY OF FAIRFIELD, PAUL AUGUSTO, CHUCK TIMM, DOES 1-10,

    Defendants.

----oo0oo----

      After hearing from plaintiff Tanya Creal and her attorney Steven C. Sanders at the hearing on July 9, 2007, for the reasons stated orally on the record at the hearing, Mr. Sanders' motion to withdraw as counsel of record for plaintiff Tanya Creal is hereby DENIED.

DATED:  July 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1