1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, CA  94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for Defendants
   CITY OF FAIRFIELD and PAUL AUGUSTO
6
   Steve Sanders, Esq. (SBN: 171369)
7  SANDERS & ASSOCIATES
   3960 Industrial Blvd., Suite 100
8  West Sacramento, CA  95691
   Telephone: (916) 376-8738
9  Facsimile: (916) 376-8717

10 Attorneys for Plaintiff
   TANYA CREAL
11

12                          UNITED STATES DISTRICT COURT

13                          EASTERN DISTRICT OF CALIFORNIA

14 TANYA CREAL,                            )   Case No:  06-CV-00560 WBS (EFB)
                                           )
15                  Plaintiff,             )
                                           )   **STIPULATION AND [~~PROPOSED~~]**
16 v.                                      )   **ORDER CONTINUING TRIAL DATE**
                                           )
17 CITY OF FAIRFIELD; PAUL AUGUSTO;        )
   CHUCK TIMM; DOES 1-10,                  )
18                                         )
                    Defendants.            )
19                                         )
   _____ )
20

_____
Stip and [Proposed] Order Continuing Trial Date [06-00560 WBS (EFB)]

It is hereby stipulated and agreed by and between the parties, as authorized by their respective counsel, that the trial in this matter shall commence at 9:00 am on March 11, 2008, the Honorable William B. Shubb presiding.

IT IS SO STIPULATED.

Dated: September 17, 2007            SANDERS AND ASSOCIATES


                                     By:      /s/   Steven Sanders
                                            Steven Sanders
                                            Attorney for Plaintiff
                                            TANYA CREAL


Dated: September 17, 2007            MEYERS, NAVE, RIBACK, SILVER & WILSON


                                     By:      /s/   Kimberly E. Colwell
                                            Kimberly E. Colwell
                                            Attorneys for Defendants
                                            CITY OF FAIRFIELD and PAUL AUGUSTO


Trial in this matter shall be continued to March 11, 2008, at 9:00 am.

IT IS SO ORDERED.

Dated: September 17, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1013102_1