1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Jennifer C. Addams, Esq. (SBN: 209355)
   jaddams@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF FAIRFIELD, PAUL AUGUSTO
7  and CHUCK TIMM

8  Steven C. Sanders, Esq.
   SANDERS & ASSOCIATES
9  3960 Industrial Blvd., Suite 100
10 West Sacramento, CA  95691
   Telephone: (916) 376-8738
11 Facsimile: (916) 376-8717

12
   Attorneys for Plaintiff
13 TANYA CREAL

14
                    UNITED STATES DISTRICT COURT
15
                   EASTERN DISTRICT OF CALIFORNIA
16

17
   TANYA CREAL,                          )   Case No:  06-CV-00560 WBS (EFB)
18                                        )
                   Plaintiff,             )
19                                        )   **STIPULATION AND ORDER**
   v.                                     )   **CONTINUING TRIAL DATE**
20                                        )
   CITY OF FAIRFIELD; PAUL AUGUSTO;       )
21 CHUCK TIMM; DOES 1-10,                 )
                                          )
22                 Defendants.            )
                                          )
23 ─────────────────────────────────────

24

25

26

27

28

1

2      It is hereby stipulated and agreed by and between the parties, as authorized by their respective

3  counsel, that the trial in this matter shall commence on August 19, 2008, the Honorable William B.

4  Shubb presiding.

5

6  IT IS SO STIPULATED:

7

8  Dated:  March 21, 2008

9                                  MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11                                 By:_____/s/   Kimberly E. Colwell_____ _
                                         Kimberly E. Colwell
                                         Attorneys for Defendants

12

13  Dated: March 21, 2008

14                                 SANDERS & ASSOCIATES

15

16                                 By:_____/s/   Steve Sanders_____ _
                                         Steve Sanders
17                                       Attorney for Plaintiffs

18

19      Trial in this matter shall be continued to August 19, 2008, at 9:00 A.M.

20

21      IT IS SO ORDERED

22  Dated:  March 27, 2008

23

24  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

25

26

27

28

_____

Stipulation and Order Continuing Trial Date          Creal v City of Fairfield, 06-CV-560 WBS EFB